UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

JILLIAN REID-THOMAS,

                      Plaintiff,                                              <u>AFFIDAVIT</u>
                                                                            <u>OF SERVICE</u>

                                                                            07 CV 6477

      -against-

THE CITY OF NEW YORK,
DETECTIVE OSCAR L. DEL VALLE 83rd precinct,
POLICE OFFICER CHRISTINE ROBLES 83rd precinct,
POLICE OFFICER JANE/JOHN DOE,

                      Defendant,
_____X

      Under the penalties of perjury and CPLR § 3126, I hereby affirm that I am over the age of eighteen and am not a party to this action. I delivered two true copies of the Summons and Complaint upon the defendant The City of New York, via its agent:

Garry Jean Giles, Process Clerk
Corporation Counsel for the City of New York
100 Church Street, 4th Floor
New York, New York 10007

      Mr. Gilles has dread locks and is black. I delivered the above documents on July 17, 2007 at 2.40 p.m.

Dated:  **Brooklyn, NY**
            **July 17, 2007**

                                                                         By: Nicquan Bannister

Sworn to before me this
this ⎵ day of ⎵, 2007

_____
NOTARY PUBLIC

DAVID A. ZELMAN
NOTARY PUBLIC, State of New York
No. 02ZE6025678
Qualified in New York County
Commission Expires June 1, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARCUS BLUE,

           Plaintiff,                            AFFIDAVIT
                                                                OF SERVICE

          -against-                              07 CV 6471

THE CITY OF NEW YORK,
POLICE OFFICER PHILIP TUCCIARONE Shield #19414,
TRAFFIC AGENT ASHIM DAS T-301,

            Defendants.
------------------------------------------------------------X

      Under the penalties of perjury and CPLR § 3126, I hereby affirm that I am over the age of eighteen and am not a party to this action. I delivered two true copies of the Summons and Complaint upon the defendant The City of New York, via its agent:

Garry Jean Giles, Process Clerk
Corporation Counsel for the City of New York
100 Church Street, 4th Floor
New York, New York 10007

      Mr. Gilles has dread locks and is black. I delivered the above documents on July 17, 2007 at 2.40 p.m.

Dated:  **Brooklyn, NY**
             **July 17, 2007**

                                              By: Nicquan Bannister

Sworn to before me this
this 17 day of July, 2007

_____
NOTARY PUBLIC

DAVID A. ZELMAN
NOTARY PUBLIC, State of New York
No. 02ZE6025678
Qualified in New York County
Commission Expires June 1, 2014