```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JILLIAN R. THOMAS,                                :      07 Civ. 06477 (RJH)
                                                  :
                        Plaintiff,                :
                                                  :
         -against-                                :      **ORDER**
                                                  :
CITY of NEW YORK, et al,                          :
                                                  :
                        Defendant.                :
                                                  :
------------------------------------------------------------x

        The pretrial conference scheduled for October 12, 2007 is rescheduled to October 26, 2007, at 11:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
October 04, 2007
SO ORDERED:

                                                                       _____
                                                                       Richard J. Holwell
                                                                       United States District Judge