


```
THE CITY OF NEW YORK
```
MICHAEL A. CARDOZO  **LAW DEPARTMENT**  BROOKE BIRNBAUM
*Corporation Counsel*  100 CHURCH STREET  *Assistant Corporation Counsel*
NEW YORK, NY 10007  (212) 676-1347
(212) 788-9776 (fax)

March 14, 2008

**BY HAND**
Honorable Richard J. Holwell
United States District Judge
United States Courthouse, Southern District of New York
500 Pearl Street
New York, New York 10007



Re: <u>Reid-Thomas v. The City of New York et al</u>
07-CV-06477 (RJH)(DF)

Your Honor:

      As the Assistant Corporation Counsel assigned to the defense of the above-referenced civil rights matter, I write to respectfully <u>request an enlargement of time from March 28, 2008 until June 13, 2008 to complete fact discovery</u>. Should Your Honor grant this request, defendants further respectfully request that the Court enlarge the corresponding deadlines as set forth in Your Honor's Case Management and Scheduling Order, dated October 28, 2007, for thirty (30) days. Plaintiff's counsel consents to these requests.

      To date, the parties have exchanged initial disclosures and responses to initial interrogatories and requests for documents. Additionally, the parties have spent time engaging in meaningful settlement discussions, however, unfortunately an agreement between the parties was unable to be reached.[1] As a result, the parties need to take several depositions and complete discovery. The reason why defendants are requesting a two and a half month enlargement of time is because the undersigned is getting married and will be out of the office April 8, 2008 through April 21, 2008.

      Accordingly, it is respectfully requested that the parties' time to complete fact discovery be extended to and including June 13, 2008. Should Your Honor grant this request,

---
[1] Defendants maintain that a settlement conference would be helpful, however, plaintiff does not agree.

the parties further respectfully request that the Court enlarge the corresponding deadlines as set forth in Your Honor's Case Management and Scheduling Order, dated October 28, 2007, for thirty (30) days.

I thank Your Honor for considering the within requests.

*[Handwritten note from the Court:]* Application Granted. Fact and Expert Discovery to be completed by 6/13/08. The status conference scheduled for 5/30/08 is adjourned to 7/11/08 at 11:00.

Respectfully submitted,

Brooke B___
Brooke Birnbaum (BB 8338)
Assistant Corporation Counsel

cc: Mr. David Zelman, Esq. (By Fax

*[Handwritten:]* SO ORDERED
[signature]
USDJ
3/20/08