Law Office of David A. Zelman, Esq.
612 Eastern Parkway
Brooklyn, NY 11225
(718) 604-3072



Via Fax: 212 805-7948
Hon. Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl St., Room 1950
New York, NY 10007

June 3, 2008

Re: Jillian Reid-Thomas v. City of New York, et. al.
CASE NO: 07-CV-6477

Hon. Richard Holwell:

I would like to request a rescheduling of the conference scheduled for Monday June 9 due to religious observance. June 9 is the Jewish holiday of Shavous and I intend to observe the holiday. Defense counsel has consented to the request. Defense counsel indicates she is available on June 13 and June 20 which are also convenient for my office. We may be available on other dates if these dates are not convenient for the Court. This is the first request to reschedule this conference.

Thank you for your consideration.

*Conference adjourned to 6/13/08 at 09:30am.*
*SO ORDERED*
[signature]
USDJ
6/6/08

Very truly yours:

David A. Zelman, Esq.

CC: Via Fax: 212 788 9776
Brooke Birnbaum, Esq.
Assistant Corporation Counsel
100 Church Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08