UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JILLIAN REID - THOMAS,

                Plaintiff,

      -against-

CITY of NEW YORK, et al,

                Defendants.
---------------------------------------------------------------X
-------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07Civ. 06477 (RJH) (DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| _X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| _ Settlement* | ___ Social Security |
| ___ Inquest After Default/Damages Hearing | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ _____ All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:    New York, New York
                June 20, 2008

                                                                     HON: Richard J. Holwell
                                                                     United States District Judge