**Law Office of David A. Zelman, Esq.**
612 Eastern Parkway
Brooklyn, NY 11225
Tel: (718) 604-3072
Fax: (718) 604-3074

JUL 17 2008

Via Fax: 212 805 4258
Hon. Debra Freeman
United States District Court
Southern District of New York
500 Pearl St., Room 525
New York, NY 10007

July 17, 2008

**MEMO ENDORSED**

Re: Jillian Reid-Thomas v. City of New York, et. al.
CASE NO: 07-CV-6477

Hon. Debra Freeman:

As discussed as today's phone conference, the new deadlines are as follows:

Fact Discovery closes September 30, 2008

Plaintiff's expert reports, if any, *are due Sept. 30, 2008* ~~is due October 15.~~

Defendant's expert reports, if any is due by October 31.

Close of Expert Discovery including depositions of experts, if any: November 14.

There is a phone status conference scheduled on September 8 at 3 PM to discuss settlement discussions and progress of discovery.

Thank-you for your consideration.

SO ORDERED:   DATE: 7/17/08

*[signature]*
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

Very truly yours:

*[signature]*
David A. Zelman, Esq.

Via Fax: 212 788 9776
CC:   Brooke Birnbaum, Esq.

*In addition, the Court notes that it has now received and reviewed plaintiff's employment records in camera, and concludes that the records are not relevant to any claim or defense asserted in this action and thus need not be produced.*

*7/17/08*