UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JILLIAN REID-THOMAS,

                        Plaintiff,

      -against-

THE CITY OF NEW YORK,
DETECTIVE OSCAR L. DEL VALLE 83rd precinct,
POLICE OFFICER CHRISTINE ROBLES 83rd precinct,
POLICE OFFICER LARRY CARITO, 83rd Precinct,

                        Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07-CV-6477 (RJH)(DF)

       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants City of New York, Oscar Del Valle, Christine Robles and Larry Carito and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:      New York, New York
              July 22, 2008

                                 MICHAEL A. CARDOZO
                                 Corporation Counsel of the
                                   City of New York
                                 *Attorney for Defendant*
                                 100 Church Street
                                 New York, New York 10007
                                 (212) 676-1307

                         By:        /s/
                               Dara L. Weiss (DW 2502)

TO:    David Zelman (by ECF)